UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:21-CR-00095-D

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **ORDER** |
| DEONTE FATRELL MCCOY | |

Upon motion of the Defendant, for good cause shown, it is hereby ORDERED that Defendant's proposed sealed document (Document Number 64) filed on May 23, 2022 be sealed until further order of the court.

It is further ORDERED that the Clerk of Court provide a filed copy of the sealed filing to counsel for the Government and Defendant.

This the **24** day of May, 2022.

James C. Dever III
United States District Judge