IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:21-CR-95-D
No. 7:25-CV-267-D

| | |
|---|---|
| DEONTE FATRELL MCCOY, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

On August 18, 2025, the court entered a comprehensive order granting respondent's motion to dismiss petitioner's 28 U.S.C. § 2255 motion, dismissing petitioner's section 2255 motion, denying a certificate of appealability, and denying petitioner's motion for a sentence reduction under Amendment 821. See [D.E. 260]. On August 19, 2025, petitioner filed a notice of appeal. See [D.E. 261]. On August 20, 2025, petitioner filed a motion to alter or amend judgment or for reconsideration concerning his section 2255 motion. See [D.E. 264]. In the motion, petitioner (through counsel who is not a member of the Bar of this court) complained that the court enforced its local rules on the due date for a reply without giving petitioner "Notice." Id. at 1.

This court has over 1,500 pending cases. The deadlines established in the court's local rules for motion practice are not suggestions, and the local rules provide notice of the deadlines. See Local Civ. R. 7.1. Petitioner's counsel ignored the deadline, and the court resolved the pending motions. The court has considered petitioner's motion to alter or amend judgment or for reconsideration under the governing standard. The court DENIES as meritless petitioner's motion to alter or amend judgment or for reconsideration [D.E. 264].

SO ORDERED. This 22 day of September, 2025.

                                                JAMES C. DEVER III
                                                United States District Judge